JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO PEREZ PELANO, | Case No. CV  16-4384 DSF (ASx) |
| Plaintiff, | |
| v. | JUDGMENT |
| THRIFTY WASH, | |
| Defendant. | |
| _____ | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated:  10/6/16

_____
DALE S. FISCHER
United States District Judge